1  STEPHANIE M HINDS (CABN 154284)
   Acting United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  MICHAEL T. PYLE (CABN 172954)
4  Assistant United States Attorney
   150 Almaden Boulevard, Suite 900
5  San Jose, California 95113
   Telephone: (408) 535-5087
6  FAX: (408) 535-5081
7  Email: michael.t.pyle@usdoj.gov

8  Attorneys for Respondents

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12
   JUAN JOSE ERAZO HERRERA,         )  CASE NO. 3:20-cv-9089-EMC
13                                  )
                                    )  **STIPULATION OF DISMISSAL**
14         Petitioner,               )
                                    )
15     v.                           )
                                    )
16 MERRICK GARLAND, et al.,         )
                                    )
17         Respondents.              )
                                    )
18
19
20
21
22
23
24
25
26
27
28
   STIPULATION OF DISMISSAL
   3:20-CV-9089-EMC

    Petitioner Juan Jose Erazo Herrera, by and through his attorneys of record, and Respondents Merrick Garland et al., by and through Respondent's attorney of record, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismissal of the above-captioned action without prejudice.  All of the parties shall bear their own costs and fees.

DATED:  April 16, 2021          Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

 /s/ *Michael T. Pyle*
_____
MICHAEL T. PYLE
Assistant United States Attorney
Attorney for Respondents

** I certify that Petitioner's counsel authorized me to file this stipulation.

/s/ Kelly Engel Wells
_____
Kelly Engel Wells
Office of the San Francisco Public
*Pro Bono* Attorney for Mr. Erazo



GRANTED
Judge Edward M. Chen